BEFORE THE SECOND DIVISION, JANUARY 27, 1959

**No. 62708.**—Stern & Stern Textiles, Inc. *v.* United States, protests 325893–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of point d'esprit net the same in all material respects as that the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.